ANTONIA DI NAPOLI, as Administratrix of the Estate of GIOVANNI DI NAPOLI, Deceased, Appellant, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Defendant, and EDWARD F. LATHROP et al., Respondents.

*Di Napoli* v. *N. Y., N. H. & H. R. R. Co.,* 136 App. Div. 334, appeal dismissed.

(Submitted February 6, 1911; decided February 14, 1911.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 21, 1910, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

The motion was made upon the ground that the order of the Appellate Division was silent as to whether the reversal was upon the law or the facts..

*Martin T. Manton* for motion.

No one opposed.

Appeal dismissed, with costs.